Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 4**

| | |
|---|---|
| COPELAND LP, COPELAND SCROLL COMPRESSORS LP, COPELAND INDUSTRIAL LP, COPELAND COLD CHAIN LP, COPELAND COMFORT CONTROL LP, COPELAND MAQUILA, INC., and COPELAND TECHNOLOGIES CANADA ULC, | |

                               Plaintiff,

  v.

  UNITED STATES,

                            Defendant.

**SUMMONS**
**Court No.  26-03112**

**TO:**     The Above-Named Defendant:

     You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ Gregory S. McCue

_____
Signature of Plaintiff's Attorney

06/22/2026

_____
         Date

| |
|---|
| Gregory S. McCue |
| Steptoe LLP |
| 1330 Connecticut Ave, NW |
| Washington, DC, 20036 |
| (202) 429-6421 |
| gmccue@steptoe.com |

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)