**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by ___Gregory S. McCue___

(Name of attorney of record)

on behalf of ___Copeland LP, et al.___ in the
matter of ___Copeland LP, et al.___ v. ___U.S. Customs and Border Protection, et al.___ ,
Court No. ___26-03112___ .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

___Plaintiffs are ultimately owned by Blackstone Inc., a publicly traded company on the New York Stock Exchange.___

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

___N/A___

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

___N/A___

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

___N/A___

___/s/ Gregory McCue___                    ___06/22/2026___
Signature of Attorney                          Date
___Steptoe LLP___
Firm
___1330 Connecticut Ave, NW___
Street Address
___Washington, DC, 20036___
City, State and Zip Code
___(202) 429-6421___
Telephone Number
___gmccue@steptoe.com___
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)