FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 11**

COPELAND LP, COPELAND SCROLL COMPRESSORS LP,
COPELAND INDUSTRIAL LP, COPELAND COLD CHAIN LP,
COPELAND COMFORT CONTROL LP, COPELAND MAQUILA,
INC., and COPELAND TECHNOLOGIES CANADA ULC,

                                                 Plaintiff,

        v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his
official capacity as Commissioner of U.S. Customs and Border Protection; and
the UNITED STATES OF AMERICA,                                ✛

                                                 Defendant.

Court No.        26-03112

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for plaintiff        ▾ , Copeland LP, et al._____ , in this action

☐ and for the parties indicated in the actions listed on the attached

    schedule

and requests that all papers be served on him/her.

☒   The individual attorney in the undersigned firm, corporate law

    department, or the Government, who is responsible for the litigation, is

    Gregory S. McCue
    _____.

Date: 06/22/2026
_____

/s/ Gregory S. McCue
_____
                Signature

Gregory S. McCue
_____
                Attorney

Steptoe LLP
_____
                Firm

1330 Connecticut Ave, NW
_____
            Street Address

Washington, DC, 20036
_____
        City, State and Zip Code

(202) 429-6421
_____
            Telephone Number

gmccue@steptoe.com
_____
            E-mail Address

FORM 11-2

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)